**FILED**
CLERK, U.S. DISTRICT COURT

Nov 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 04-1093 SVW (PJWx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| $71,953.49 IN U.S. CURRENCY, | |
| Defendant. | |
| JOSEPH KHALIFIAN AND ATLANTIC INVESTMENTS, LLC, | |
| Claimants. | |

1

Based on the Court's Findings of Fact and Law Following Bench Trial, Judgment is hereby entered in favor of Plaintiff United States of America.  The defendant $71,953.49 is hereby forfeited to the United States, which is ordered to dispose of the property according to law.

DATED:   November 9, 2016        _____

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

  /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America